**EXHIBIT A:   Fees of the Clerk**

| Fees of the Clerk | Cost | | Total | |
|---|---|---|---|---|
| Filing Fees | $ | 400.00 | $ | 400.00 |
| Pro Hac Vice (3x) | $ | 75.00 | $ | 225.00 |
| **Total** | | | **$** | **625.00** |

**JONES DAY**                  51 LOUISIANA AVE., N.W., WASHINGTON D.C. 20001

| VOUCHER # | INV. # | DATE | ACCOUNT DISTRIBUTION | AMOUNT PAID |
|---|---|---|---|---|
| 13O57163 | 5-18-2016 | 05-18-2016 | 02-6800000-680000-0000 NON BILLABLE CLIENT COSTS | 400.00 |

# CHECK REQUEST

Date _18-May-16_

❏ Rush Check

Need By _____ On _10-May-16_____

❏ Wire/Electronic Transfer ❏ Money Order ❏ Cashier's Check ❏ Foreign Draft

Vendor No. (Financial Services Use Only) _345931_

Original Invoice Required

Normal Processing Time Is 24–48 Hours
Unless Otherwise Indicated

Please Issue Check Payable To:

Clerk, U.S. District Court

United States District Court for the Eastern District of Virginia

Alexandria Division                                         $400.00

Sarah Roe

For _On behalf of ██████████ in the matter of Litigation Against Linda Howard/Trial Court Litigation_

## COST CODES

| Code | Description | Code | Description |
|------|-------------|------|-------------|
| VAGENT | Gen. agents/consultants fees | VLD | Long distance charges |
| VAIR | Air Fare | VLEXIS | Lexis search fees |
| VAIRC | Air Fare credit | VLFB | Local food/beverage expense |
| VATTY | Attorneys fees | VLIT | General litigation expenses |
| VBIND | Binding | VLMILE | Local mileage charges |
| VCAR | Car rental charges | VLPARK | Local parking charges |
| VCCC | Calling card charges | VLTAXI | Local taxi charges |
| VCERTC | Certified copy charges | VLTELE | Local telephone charges |
| VCERTD | Certified document charges | VMEET | Meeting room charges |
| VCHAR | Charitable Contributions | VMESS | Messenger services |
| VCOMM | General communication charges | VMILE | Mileage expenses |
| VCOMP | General computerized research | VMISC | Miscellaneous expenses |
| VCONS | Consultants fees | VNAME | Name reservation fees |
| VCOUR | Courier services | VPARK | Parking expenses |
| VCOURTC | Court costs | VPEN | Penalties |
| VCOURTR | Court reporter fees | VPOST | Postage charges |
| VCT | CT Corporation fees | VPRINT | Printing charges |
| VDELY | General delivery services | VPROB | Probate fees |
| VDHL | DHL Worlwide Express Charges | VPUBL | Publication expenses |
| VDOCC | Docket copy charges | VRECD | Record Deed costs |
| VDUES | Dues | VRES | Research fees |
| VDUP | Duplication charges | VSEM | Seminar costs |
| VEDISC | Electronic Discovery Charges | VSUPP | Supplies |
| VFB | Food and beverage expenses | VTAXI | Taxi charges |
| VFEDX | Federal Express charges | VTC | Telecopy charges |
| VFILA | Articles of Incorporation filing fee | VTEMP | Temporary Employee Exp. |
| VFILD | Document filing charges | VTKTS | Event tickets |
| VFILEF | General filing fees and related | VTOLL | Toll charges |
| VFINE | Fines | VTRAIN | Train Fare |
| VGIFT | Gifts | VTRAV | General travel costs |
| VGOOD | Certificate of Good Standing fee | VTRNSVC | Translation services |
| VGRAPH | Graphics/photography charges | VUCC | UCC filing fees |
| VHOST | Hosting Charges | VUPS | United Parcel Service Charges |
| VHOTEL | Hotel charges | VVID | Video and electronic exp. |
| VIMAG | Imaging services | VWEST | Westlaw search fees |
| VINFO | Infosearch search fees | VWIT | Witness fees |

Charge To:

CAM # _062324-600001_

CAM Name _____

Cost Code _VFILEF_

JP Number _JP018939_

Requested By _Christopher D. Edelman_

Approved By _Christopher Edelman_ (signature)

_Christopher D. Edelman_

_____

_____

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

### CHECK DISTRIBUTION

❏ Mail to Vendor

❏ Call _Leville Easley_ At Ext. _4-3970_
  For Pickup

❏ Other _____

**JONES DAY**



# Expense Report

| | |
|---|---|
| **Report Name** | Pro hac filing fees |
| **Expense Owner** | Christopher D Edelman |
| **Expense Owner ID** | JP018939 |
| **Created By** | LeVille Easley |
| **Date** | May 25, 2016 |
| **To Be Paid In** | USD |



Please place this cover sheet in front of hardcopy receipt pages and then scan or fax to:
Email: expense@chromefile.com   Fax: (214) 540-1162

## Financial Summary

| | Amount (USD) |
|---|---|
| Total Expenses Reported | 225.00 |
| Less Company Paid Expenses | 0.00 |
| Less Company Paid Personal Expenses | 0.00 |
| **Amount Due Expense Owner** | **225.00** |

## Expense Summary

| Expense Type | Amount (USD) |
|---|---|
| Filing Fees and Related | 225.00 |
| **Total** | **225.00** |

## Allocation Summary

| Matters Charged | | Amount (USD) |
|---|---|---|
| 062324-600001 | ███████ Sarah Roe | Litigation Against Linda Howard | 225.00 |
| **Total** | | **225.00** |

This document may contain confidential and/or privileged information. If you are not the intended recipient, or the person responsible for delivering to the person addressed, please notify the sender immediately and destroy this material. Any unauthorized copying, disclosure or distribution of the material in this communication is strictly forbidden.



Expense Report

Pro hac filing fees

| Item | Date | Alert | Cost Code | Type | Disb Amt | Pay Me Amt |
|------|------|-------|-----------|------|----------|------------|
| 1 | 05/25/2016 | | EFILEF | Filing Fees and Related | 75.00 USD | 75.00 USD |

**Business Purpose** Pro hac vice filing fees for Melissa Patterson
**Description** Filing fees and related

Receipt Attached: Yes  Firm Paid: No

| Allocations | 062324-600001 ███████ | Litigation Against Linda Howard | 75.00 USD |
|------|------|------|------|
| | Sarah Roe | | |

G/L Acct: 680000

| Item | Date | Alert | Cost Code | Type | Disb Amt | Pay Me Amt |
|------|------|-------|-----------|------|----------|------------|
| 2 | 05/25/2016 | | EFILEF | Filing Fees and Related | 75.00 USD | 75.00 USD |

**Business Purpose** Pro hac vice filing fees for Christian Vergonis
**Description** Filing fees and related

Receipt Attached: Yes  Firm Paid: No

| Allocations | 062324-600001 ███████ | Litigation Against Linda Howard | 75.00 USD |
|------|------|------|------|
| | Sarah Roe | | |

G/L Acct: 680000

| Item | Date | Alert | Cost Code | Type | Disb Amt | Pay Me Amt |
|------|------|-------|-----------|------|----------|------------|
| 3 | 05/25/2016 | | EFILEF | Filing Fees and Related | 75.00 USD | 75.00 USD |

**Business Purpose** Pro hac vice filing fees for Alison Marshall
**Description** Filing fees and related

Receipt Attached: Yes  Firm Paid: No

| Allocations | 062324-600001 ███████ | Litigation Against Linda Howard | 75.00 USD |
|------|------|------|------|
| | Sarah Roe | | |

G/L Acct: 680000



## Pay.gov Payment Confirmation: VAED CM ECF

paygovadmin  to  cedelman@jonesday.com                    05/24/2016 04:50 PM

Your payment has been submitted to Pay.gov and the details are below. If you
have any questions or you wish to cancel this payment, please contact the
Helpdesk at 703-299-2101.

Application Name: VAED CM ECF
Pay.gov Tracking ID: 25RQBHKC
Agency Tracking ID: 0422-5001469
Transaction Type: Sale
Transaction Date: May 24, 2016 4:49:35 PM

Account Holder Name: Christopher Edelman
Transaction Amount: $75.00
Card Type: Visa
Card Number: ************1506

THIS IS AN AUTOMATED MESSAGE.  PLEASE DO NOT REPLY.

**Motions**

1:16-cv-00562-LO-JFA Roe v.
Howard

JURY

Docket Text: Modify as Appropriate.

Motion to appear Pro Hac Vice by Alison Buell Marshall and Certification of
Local Counsel M. Carter DeLorme Filing fee $ 75, receipt number 0422-5001433.
by Sarah Roe. (DeLorme, Malcolm)

Next      Clear



**Pay.gov Payment Confirmation: VAED CM ECF**

paygovadmin  to  cedelman@jonesday.com                    05/24/2016 04:52 PM

Your payment has been submitted to Pay.gov and the details are below. If you
have any questions or you wish to cancel this payment, please contact the
Helpdesk at 703-299-2101.

Application Name: VAED CM ECF
Pay.gov Tracking ID: 25RQBHVA
Agency Tracking ID: 0422-5001475
Transaction Type: Sale
Transaction Date: May 24, 2016 4:52:28 PM

Account Holder Name: Christopher Edelman
Transaction Amount: $75.00
Card Type: Visa
Card Number: ************1506


THIS IS AN AUTOMATED MESSAGE.  PLEASE DO NOT REPLY.


**Motions**

1:16-cv-00562-LO-JFA Roe v.
Howard

JURY

**Docket Text: Final Text**

**Motion to appear Pro Hac Vice by Christian George Vergonis and Certification of
Local Counsel M. Carter DeLorme Filing fee $ 75, receipt number 0422-5001469. by
Sarah Roe. (DeLorme, Malcolm)**

**Attention!! Pressing the NEXT button on this screen commits this transaction. You will have no
further opportunity to modify this transaction if you continue.
Have you redacted?**

*Source Document Path (for confirmation only):*
Vergonis Pro Hac Vice Application.PDF    pages: 1

Next    Clear



**Pay.gov Payment Confirmation: VAED CM ECF**
paygovadmin  to  cedelman@jonesday.com                                    05/24/2016 04:46 PM

Your payment has been submitted to Pay.gov and the details are below. If you
have any questions or you wish to cancel this payment, please contact the
Helpdesk at 703-299-2101.

Application Name: VAED CM ECF
Pay.gov Tracking ID: 25RQBHE9
Agency Tracking ID: 0422-5001433
Transaction Type: Sale
Transaction Date: May 24, 2016 4:46:47 PM

Account Holder Name: Christopher Edelman
Transaction Amount: $75.00
Card Type: Visa
Card Number: ***********1506

THIS IS AN AUTOMATED MESSAGE.  PLEASE DO NOT REPLY.

## Motions

1:16-cv-00562-LO-JFA Roe v.
Howard

JURY

**Docket Text: Modify as Appropriate.**

**Motion to appear Pro Hac Vice by Melissa Lim Patterson and Certification of Local Counsel M. Carter DeLorme Filing fee $ 75, receipt number 0422-5001475. by Sarah Roe. (DeLorme, Malcolm)**

Next    Clear

**Exhibit B:  Pre-trial and Trial Transcripts**

| Transcripts | Invoice Date | Price | |
|---|---|---|---|
| Motion for Summary Judgment Hearing (7/7/17) | 7/18/2017 | $ | 25.20 |
| Motions in Limine Hearing (7/18/17) | 8/21/2017 | $ | 221.75 |
| Trial | 8/28/2017 | $ | 610.20 |
| **Total** | | **$** | **831.95** |

CHECK NO.: 1146555
CHECK DATE: 08/30/2017
CHECK AMOUNT: 221.75

VENDOR NO.: 219196 · VENDOR NAME: **CASAMO & ASSOCIATES, INC.**

**JONES DAY**

VENDOR ADDRESS: 1010 CAMERON STREET
ALEXANDRIA, VA 22314

51 LOUISIANA AVE., N.W., WASHINGTON D.C. 20001

| VOUCHER # | INV. # | DATE | ACCOUNT DISTRIBUTION | AMOUNT PAID |
|---|---|---|---|---|
| 13312466 | 117815 | 08-21-2017 | 02-6800000-680000-0000 NON BILLABLE CLIENT COSTS | 221.75 |

# INVOICE



| Invoice No. | Invoice Date | Job No. |
|---|---|---|
| 117815 | 8/21/2017 | 64908 |

| Job Date | Case No. | |
|---|---|---|
| 7/14/2017 | | |

| Case Name | | |
|---|---|---|
| AM Docket | | |

| Payment Terms | | |
|---|---|---|
| Due upon receipt | | |

Melissa Lim
Jones Day
51 Louisiana Avenue, N.W.
Washington DC 20001-2113

1 CERTIFIED COPY OF TRANSCRIPT OF:

| | | | |
|---|---|---|---|
| Howard transcript | | | 191.75 |
| Shipping and Handling | | 30.00 | 30.00 |
| | TOTAL DUE >>> | | **$221.75** |

Thank you. Your business is appreciated.

INVOICE DUE UPON RECEIPT AND IS NOT CONTINGENT UPON YOUR CLIENT PAYMENT. By accepting receipt of the transcript and/or court reporting services identified above, the attorney/law firm invoiced above accepts liability for its payment. Customer is responsible for all costs of collection, including reasonable attorney fees.

Visit us at our website www.casamo.com where we offer online scheduling, transcript repository and online payments.

**Tax ID:** 54-1572417

Phone: (202) 879-3939    Fax:1.202.626.1700

*Please detach bottom portion and return with payment.*

Melissa Lim
Jones Day
51 Louisiana Avenue, N.W.
Washington DC 20001-2113

Invoice No.   :  117815
Invoice Date  :  8/21/2017
**Total Due**   :  **$ 221.75**

Remit To: **Casamo & Associates**
          **1010 Cameron Street**
          **Alexandria VA 22314**

Job No.     :  64908
BU ID       :  1-MAIN
Case No.    :
Case Name   :  AM Docket

CHECK NO : 1146183
CHECK DATE: 07/19/2017
CHECK AMOUNT: 25.20

VENDOR NO.: 265310    VENDOR NAME: **NORMAN B. LINNELL**

VENDOR ADDRESS: 401 COURTHOUSE SQUARE, 7TH FLOOR
ALEXANDRIA, VA 22314-5798

# JONES DAY

51 LOUISIANA AVE., N.W., WASHINGTON D.C. 20001

| VOUCHER # | INV. # | DATE | ACCOUNT DISTRIBUTION | AMOUNT PAID |
|---|---|---|---|---|
| 13289177 | 20170706 | 07-18-2017 | 02-6800000-680000-0000 NON BILLABLE CLIENT COSTS | 25.20 |

# UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF VIRGINIA

INVOICE NO: 20170706

### MAKE CHECKS PAYABLE TO:

M. Carter DeLorme
Jones Day
Attorneys at Law
51 Louisiana Avenue, N.W.
Washington, DC 20001-2113

Phone:

cdelorme@jonesday.com

Norman B. Linnell, RPR CM FCRR
Official Court Reporter
U.S. District Court - ED of VA
401 Courthouse Square - 7th Fl.
Alexandria, VA 22314-5798

Phone:  (703) 549-4626

Tax ID:  41-2142426

| | | |
|---|---|---|
| ☐ CRIMINAL  ☒ CIVIL | DATE ORDERED  07-18-2017 | DATE DELIVERED  07-18-2017 |

**Case Style:** CA 16-CV-562, Sarah Roe v Linda Howard, et al.

7-7-2017    Motions hearing held before Judge Liam O'Grady

| CATEGORY | ORIGINAL | | | 1ST COPY | | | 2ND COPY | | | TOTAL CHARGES |
|---|---|---|---|---|---|---|---|---|---|---|
| | PAGES | PRICE | SUBTOTAL | PAGES | PRICE | SUBTOTAL | PAGES | PRICE | SUBTOTAL | |
| Ordinary | | | | | | | | | | |
| 14-Day | | | | 28 | 0.90 | 25.20 | | | | 25.20 |
| Expedited | | | | | | | | | | |
| Daily | | | | | | | | | | |
| Hourly | | | | | | | | | | |
| Realtime | | | | | | | | | | |

| Misc. Desc. | | MISC. CHARGES: | |
|---|---|---|---|
| | | TOTAL: | 25.20 |
| | | LESS DISCOUNT FOR LATE DELIVERY: | |
| | | TAX (If Applicable): | |
| | | LESS AMOUNT OF DEPOSIT: | |
| | | TOTAL REFUND: | |
| Date Paid: | Amt: | TOTAL DUE: | $25.20 |

### ADDITIONAL INFORMATION
Full price may be charged only if the transcript is delivered within the required time frame. For example, if an orc
for expedited transcript is not completed and delivered within seven (7) calendar days, payment would be at the
ordinary delivery rate.

### CERTIFICATION
I certify that the transcript fees charged and page format used comply with the requirements of this court and the
Judicial Conference of the United States.

| SIGNATURE | DATE |
|---|---|
| | |

(All previous editions of this form are
cancelled and should be destroyed)

PDF created with pdfFactory trial version www.pdffactory.com

CHECK NO.: 1146576
CHECK DATE: 08/31/2017
CHECK AMOUNT: 610.20

VENDOR NO.: 265310    VENDOR NAME: **NORMAN B. LINNELL**

VENDOR ADDRESS: 401 COURTHOUSE SQUARE, 7TH FLOOR
ALEXANDRIA, VA 22314-5798

**JONES DAY**

51 LOUISIANA AVE., N.W., WASHINGTON D.C. 20001

| VOUCHER # | INV. # | DATE | ACCOUNT DISTRIBUTION | AMOUNT PAID |
|---|---|---|---|---|
| 13314251 | 20170810 | 08-28-2017 | 02-6800000-680000-0000 NON BILLABLE CLIENT COSTS | 610.20 |

# UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF VIRGINIA

INVOICE NO: 20170810

**─ MAKE CHECKS PAYABLE TO: ─**

M. Carter DeLorme
Jones Day
Attorneys at Law
51 Louisiana Avenue, N.W.
Washington, DC 20001-2113

Phone:

cdelorme@jonesday.com

Norman B. Linnell, RPR CM FCRR
Official Court Reporter
U.S. District Court - ED of VA
401 Courthouse Square - 7th Fl.
Alexandria, VA 22314-5798

Phone:     (703) 549-4626

Tax ID:    41-2142426

| | DATE ORDERED | DATE DELIVERED |
|---|---|---|
| ☐ CRIMINAL   ☒ CIVIL | 08-28-2017 | 08-28-2017 |

**Case Style:** CA 16-CV-562, Sarah Roe v Linda Howard

7/25-31/2017     Trial before Judge Liam O'Grady

| CATEGORY | ORIGINAL | | | 1ST COPY | | | 2ND COPY | | | TOTAL CHARGES |
|---|---|---|---|---|---|---|---|---|---|---|
| | PAGES | PRICE | SUBTOTAL | PAGES | PRICE | SUBTOTAL | PAGES | PRICE | SUBTOTAL | |
| Ordinary | | | | 678 | 0.90 | 610.20 | | | | 610.20 |
| 14-Day | | | | | | | | | | |
| Expedited | | | | | | | | | | |
| Daily | | | | | | | | | | |
| Hourly | | | | | | | | | | |
| Realtime | | | | | | | | | | |
| Misc. Desc. | | | | | | | | MISC. CHARGES: | | |
| | | | | | | | | TOTAL: | | 610.20 |
| | | | | | | LESS DISCOUNT FOR LATE DELIVERY: | | | | |
| | | | | | | | TAX (If Applicable): | | | |
| | | | | | | | LESS AMOUNT OF DEPOSIT: | | | |
| | | | | | | | TOTAL REFUND: | | | |
| Date Paid: | | Amt: | | | | | TOTAL DUE: | | | $610.20 |

## ADDITIONAL INFORMATION
Full price may be charged only if the transcript is delivered within the required time frame. For example, if an ord
for expedited transcript is not completed and delivered within seven (7) calendar days, payment would be at the
ordinary delivery rate.

## CERTIFICATION
I certify that the transcript fees charged and page format used comply with the requirements of this court and the
Judicial Conference of the United States.

| SIGNATURE | DATE |
|---|---|
| | |

*(All previous editions of this form are
cancelled and should be destroyed)*

**Exhibit C:  Witnesses**

| Witnesses | Travel | Subsistence | Total |
|-----------|--------|-------------|-------|
| Florence Burke | $405.08 | $ 276.77 | $681.85 |

VENDOR NO.: 331118   VENDOR NAME:   **FLORRIE BURKE, CONSULTANT**

VENDOR ADDRESS: 708 GREENWICH STREET #4B
NEW YORK, NY 10014

**JONES DAY**
51 LOUISIANA AVE., N.W., WASHINGTON D.C. 20001

| VOUCHER # | INV. # | DATE | ACCOUNT DISTRIBUTION | AMOUNT PAID |
|---|---|---|---|---|
| 13310329 | INVOICE 2 | 08-18-2017 | 02-6800000-680000-0000 NON BILLABLE CLIENT COSTS | 4,154.95 |

# FLORRIE BURKE, CONSULTANT

**708 Greenwich Street, #4B**
**New York, NY 10014**

August 18, 2017

TO: Jones Day
Attention: Melissa Lim

RE: Services as an expert witness/consultant for Jones Day in Sarah Roe v. Linda
Howard

**INVOICE 2.**

### SERVICES

| | | |
|---|---|---|
| Telephone calls 7/17, 7/21 | 2.25 | hours |
| E-mails 4/21-7/21 | 1 | hour |
| Review of materials, in preparation for testimony | 5 | hours |
| Testimony 7/25, 7/26 | 2.5 | hours |

| | | |
|---|---|---|
| **TOTAL HOURS** | **10.75 hours** | |

**10.75 X $200./hour =**                        **$2150.00**

**Prorated travel and wait time**                **12 hours**
**12 hours X $100.00=**                          **$1200.00**
                              **Sub total**      **$3350.00**

### REIMBURSEMENTS

| | | |
|---|---|---|
| American Airlines flight 7/25/17 -7/27/17 | $358.40 |
| Meals 7/25/17-7/26/17 | $104.77 |
| Metro NYC) home to airport and back | $ 15.00 |
| Taxi airport to hotel and back | $ 31.68 |
| Hotel, tax, service charge | $ 295.10 |

**Reimbursements Due**                          **$ 804.95**

**TOTAL DUE**        **($3350.00 + $804.95)**        **$ 4154.95**

**Exhibit D:  Trial Exhibits**

| Trial Exhibits | $ 287.00 |

# Transaction Detail by Client Matter

(Transaction Data, 7/20/17 to 7/27/17 (Transaction Date), Client Matter Number equals '062324-600001')

| Date/Time | User | Details | Duration | Qty | Currency | Charge |
|---|---|---|---|---|---|---|
| **Client Matter: 062324-600001** | | ⬛ / Litigation Against Linda Howard) | | | | |
| **Disbursement: Photocopying: Black & White (RDUP)** | | | | | | |
| 07/24/2017 13:07 | Liddell, Ryan | | 0:00:00 | 11 | USD | 2.20 |
| 07/24/2017 13:21 | Liddell, Ryan | | 0:00:00 | 337 | USD | 67.40 |
| 07/24/2017 20:04 | Lim, Melissa | | 0:00:00 | 309 | USD | 61.80 |
| 07/25/2017 09:20 | Liddell, Ryan | | 0:00:00 | 122 | USD | 24.40 |
| 07/25/2017 12:48 | Liddell, Ryan | | 0:00:00 | 122 | USD | 24.40 |
| 07/26/2017 08:32 | Liddell, Ryan | | 0:00:00 | 4 | USD | 0.80 |
| | | **Subtotal** | **0:00:00** | **905** | **USD** | **181.00** |
| **Disbursement: Photocopying: Color (RDUPC)** | | | | | | |
| 07/24/2017 13:07 | Liddell, Ryan | | 0:00:00 | 78 | USD | 78.00 |
| 07/25/2017 09:20 | Liddell, Ryan | | 0:00:00 | 28 | USD | 28.00 |
| | | **Subtotal** | **0:00:00** | **106** | **USD** | **106.00** |
| | Sarah Roe | | | | | |
| | | **Total Client Matter: 062324-600001** ⬛ / Litigation Against Linda Howard) | | | USD | **287.00** |
| | | **Grand Totals:** | | | **USD** | **287.00** |

**Exhibit E: Depositions**

| Depositions | Original Transcript | Court Reporter Fee | Exhibit Fee | RealTime | Invoice Date | Amount |
|---|---|---|---|---|---|---|
| Linda Howard | $ 1,171.10 | $ 85.00 | $ 13.30 | N/A | 5/19/2017 | $ 1,269.40 |
| Sarah Roe | $ 983.30 | N/A | $ 53.20 | $ 359.00 | 5/31/2017 | $ 1,395.50 |
| **Total** | | | | | | **$ 2,664.90** |

VENDOR NO.: 307362    VENDOR NAME:

# NEXT GENERATION REPORTING

VENDOR ADDRESS: 999 OLD EAGLE SCHOOL ROAD, SUITE 118
WAYNE, PA 19087

**JONES DAY**

51 LOUISIANA AVE., N.W., WASHINGTON D.C. 20001

| VOUCHER # | INV. # | DATE | ACCOUNT DISTRIBUTION | AMOUNT PAID |
|---|---|---|---|---|
| 13271126 | 45580 | 05-19-2017 | 02-6800000-680000-0000 NON BILLABLE CLIENT COSTS | 1,870.00 |
| 13271140 | 45579 | 05-19-2017 | 02-6800000-680000-0000 NON BILLABLE CLIENT COSTS | 1,809.90 |

# NEXTGEN|REPORTING
Making Litigation Easier.

# INVOICE

999 Old Eagle School, Suite 118
Wayne, PA 19087
p: 1.844.359.1173   f: 267.775.3310

**Invoice No.** 45579

**Invoice Date** 5/19/2017

**Payment Terms** Due on receipt

**BILL TO:**

Melissa Lim, Esq.
Jones Day
51 Louisiana Avenue NW
Washington, DC 20001

**Case Name**  Roe v Howard
**Witness**  Linda Howard
**Event Date**  5/5/2017
**Matter No.**
**Claim No.**

| DESCRIPTION / SERVICE | PAGES / QTY | AMOUNT |
|---|---|---|
| Original Transcript & 1 Copy-Highly Confidential-Videotaped | 478 | 1,171.10 |
| Realtime Text - In-Room Connection | 478 | 478.00 |
| Mini/Condensed Transcript - Complimentary | | 0.00 |
| PTX / PDF Files - Complimentary | | 0.00 |
| E-Bundle / Lit Support Package | | 37.50 |
| Exhibits | | 13.30 |
| Reporter Appearance Fee - Per Day | | 85.00 |
| Processing/Handling | | 25.00 |
| Shipping/Delivery - Complimentary | | 0.00 |

*Video Deposition held in Washington, DC*
*Pro Bono Rates Applied*

Tax ID: 27-1726128      1.5% finance charge per month on delinquent balances.          Payment not contingent upon client reimbursement.

**FOR PAYMENT BY CREDIT CARD**

Card Type (please circle)   Visa   /   Mastercard   /   American Express

Card Number _____ CVC _____ EXP _____

Billing Address _____

_____

Name on Card _____

Signature _____

| | |
|---|---|
| Total Due | $1,809.90 |
| Payments/Credits | $0.00 |
| **Balance Due** | **$1,809.90** |
| *After 6/19/2017   Pay* | *$2,081.39* |

VENDOR NO.: 307362  VENDOR NAME:

VENDOR ADDRESS. 999 OLD EAGLE SCHOOL ROAD, SUITE 118
WAYNE, PA 19087

CHECK NO.: 1146236
CHECK DATE: 07/25/2017
CHECK AMOUNT: 1,688.20

**JONES DAY**

51 LOUISIANA AVE., N.W., WASHINGTON D.C. 20001

| VOUCHER # | INV. # | DATE | ACCOUNT DISTRIBUTION | AMOUNT PAID |
|-----------|--------|------|----------------------|-------------|
| 13292647 | 45947 | 05-31-2017 | 02-6800000-680000-0000 NON BILLABLE CLIENT COSTS | 1,688.20 |



# NEXTGEN|REPORTING
Making Litigation Easier.

999 Old Eagle School, Suite 118
Wayne, PA 19087
p: 1.844.359.1173   f: 267.775.3310

# INVOICE

**Invoice No.** 45947

**Invoice Date** 5/31/2017

**Payment Terms** Due on receipt

**BILL TO:**

Melissa Lim, Esq.
Jones Day
51 Louisiana Avenue NW
Washington, DC 20001

**Case Name**   Roe v Howard
**Witness**   Sarah Roe
**Event Date**   5/9/2017
**Matter No.**
**Claim No.**

| DESCRIPTION / SERVICE | PAGES / QTY | AMOUNT |
|---|---|---|
| Transcript Copy - Videotaped/Non-Technical Testimony - Interpreter - Read and Sign | 359 | 879.55 |
| Evening Pages | 105 | 157.50 |
| Pro Bono Discount | | -78.75 |
| Realtime Text - In-Room Connection | 359 | 359.00 |
| Mini / Condensed Transcript | | 25.00 |
| PTX / PDF Files - Complimentary | | 0.00 |
| E-Bundle / Lit Support Package | | 37.50 |
| Exhibits | | 53.20 |
| Processing/Handling | | 35.00 |
| Shipping/Delivery - Complimentary | | 0.00 |
| Videotaped deposition held in Washington, D.C. | | |
| ***Deposition ended at 7:47 pm*** | | |

Tax ID: 27-1726128       1.5% finance charge per month on delinquent balances.

Payment not contingent upon client reimbursement.

| FOR PAYMENT BY CREDIT CARD |
|---|
| Card Type (please circle)   Visa  /  Mastercard  /  American Express |
| Card Number _____ CVC _____ EXP _____ |
| Billing Address _____ |
| _____ |
| Name on Card _____ |
| Signature _____ |

| | |
|---|---|
| **Total Due** | **$1,468.00** |
| Payments/Credits | $0.00 |
| **Balance Due** | **$1,468.00** |
| *After 6/30/2017  Pay* | *$1,688.20* |

**Exhibit F: Interpreter**

| Interpreter | Invoice Date | Cost |
|---|---|---|
| Deposition (5/9/17) | 5/9/2017 | $ 585.00 |
| Deposition Preparation (5/5/17) | 5/5/2017 | $ 227.50 |
| Deposition Preparation (5/5/17) | 5/8/2017 | $ 260.00 |
| Trial Client Prep (7/14/17) | 7/21/2017 | $ 195.00 |
| Trial Client Prep (7/19/17) | 7/21/2017 | $ 455.00 |
| Trial (7/26/17; 7/27/17) | 8/8/2017 | $ 715.00 |
| Trial Witness Interview | 7/24/2017 | $ 195.00 |
| **Total** | | **$ 2,632.50** |

CHECK NO.: 1145608
CHECK DATE: 05/16/2017
CHECK AMOUNT: 1,072.50

VENDOR NO.: 331400   VENDOR NAME: **AKBERET M. AMARE**

**JONES DAY**

VENDOR ADDRESS: SENAY LANGUAGE SOLUTIONS
225 S. WHITING STREET, SUITE 503
ALEXANDRIA, VA 22304

51 LOUISIANA AVE., N.W., WASHINGTON D.C. 20001

| VOUCHER # | INV. # | DATE | ACCOUNT DISTRIBUTION | AMOUNT PAID |
|---|---|---|---|---|
| 13253922 | 103 | 05-09-2017 | | |
| | | | 02-6800000-680000-0000 NON BILLABLE CLIENT COSTS | 585.00 |
| 13253925 | 100 | 05-05-2017 | | |
| | | | 02-6800000-680000-0000 NON BILLABLE CLIENT COSTS | 227.50 |
| 13253926 | 102 | 05-08-2017 | | |
| | | | 02-6800000-680000-0000 NON BILLABLE CLIENT COSTS | 260.00 |

## Senay Language Solutions

225 S. Whiting St., #503
Alexandria, VA 22304

IEN#: 81-1595895

Bill To

Melissa Lim Patterson Associate
JONES DAY® - One Firm Worldwide℠
51 Louisiana Ave., N.W.
Washington, D.C. 20001

| Invoice # | 103 |
|---|---|
| Invoice Date | 05/09/2017 |

| Description | Amount |
|---|---|
| Deposition | 585.00 |
| **Invoice Total** | **$585.00** |

# Senay Language Solutions

225 S. Whiting St., #503
Alexandria, VA 22304

Bill To

Melissa Lim Patterson Associate
JONES DAY® - One Firm Worldwide℠
51 Louisiana Ave., N.W.
Washington, D.C. 20001

| | Invoice # | 100 |
|---|---|---|
| | Invoice Date | 05/05/2017 |

| Description | Amount |
|---|---|
| Witness client interview | 227.50 |
| **Invoice Total** | **$227.50** |



# Senay Language Solutions

225 S. Whiting St., #503
Alexandria, VA 22304

IEN#:81-1595895

Bill To

Melissa Lim Patterson Associate
JONES DAY® - One Firm Worldwide℠
51 Louisiana Ave., N.W.
Washington, D.C. 20001

| | |
|---|---|
| Invoice # | 102 |
| Invoice Date | 05/08/2017 |

| Description | Amount |
|---|---|
| client/attorny interview | 260.00 |

| Invoice Total | $260.00 |
|---|---|



CHECK NO.: 1146215
CHECK DATE: * 07/21/2017
CHECK AMOUNT: 650.00

VENDOR NO.: 331400   VENDOR NAME: **AKBERET M. AMARE**

VENDOR ADDRESS: SENAY LANGUAGE SOLUTIONS
225 S. WHITING STREET, SUITE 503
ALEXANDRIA, VA 22304

**JONES DAY**
51 LOUISIANA AVE., N.W., WASHINGTON D.C. 20001

| VOUCHER # | INV. # | DATE | ACCOUNT DISTRIBUTION | AMOUNT PAID |
|---|---|---|---|---|
| 13291945 | 106 | 07-19-2017 | 02-6800000-680000-0000 NON BILLABLE CLIENT COSTS | 195.00 |
| 13291946 | 107 | 07-20-2017 | 02-6800000-680000-0000 NON BILLABLE CLIENT COSTS | 455.00 |



# Senay Language Solutions

225 S. Whiting St., #503
Alexandria, VA 22304

IEN#:81-1595895

| Bill To | Invoice # | 106 |
|---|---|---|
| Melissa Lim Patterson Associate | Invoice Date | 07/19/2017 |
| JONES DAY® - One Firm Worldwide℠ | | |
| 51 Louisiana Ave., N.W. | | |
| Washington, D.C. 20001 | | |

| Description | Amount |
|---|---|
| client/attorney netting on July 14th, 2017 from 3:00 pm - 6:00 pm | 195.00 |

| **Invoice Total** | **$195.00** |
|---|---|





# Senay Language Solutions

225 S. Whiting St., #503
Alexandria, VA 22304

IEN#:81-1595895

Bill To

Melissa Lim Patterson Associate
JONES DAY® - One Firm Worldwide℠
51 Louisiana Ave., N.W.
Washington, D.C. 20001

Invoice #          107

Invoice Date     07/20/2017

| Description | Amount |
| --- | --- |
| client/attorney netting on July 19th, 2017 from 10:30 pm - 5:30 pm | 455.00 |

| Invoice Total | $455.00 |
| --- | --- |



CHECK NO.: 1146353
CHECK DATE: 08/08/2017
CHECK AMOUNT:* 910.00

VENDOR NO.: 331400  VENDOR NAME: **SENAY LANGUAGE SOLUTIONS**

VENDOR ADDRESS: C/O AKBERET M. AMARE
2830 JAMESON N. #27
LINCOLN, NE 68516

**JONES DAY**

51 LOUISIANA AVE., N.W., WASHINGTON D.C. 20001

| VOUCHER # | INV. # | DATE | ACCOUNT DISTRIBUTION | AMOUNT PAID |
|---|---|---|---|---|
| 13300914 | 110 | 08-08-2017 | 02-6800000-680000-0000 NON BILLABLE CLIENT COSTS | 715.00 |
| 13300915 | 108 | 07-24-2017 | 02-6800000-680000-0000 NON BILLABLE CLIENT COSTS | 195.00 |

Senay Language Solutions

~~225 S. Whiting St. #509~~
~~Alexandria, VA 22304~~

2830 Jameson N.
#27
LINCOLN, NE 68516

IEN#:81-1595895

Bill To

Melissa Lim Patterson
Associate
JONES DAY® - One Firm Worldwide℠
51 Louisiana Ave., N.W.
Washington, D.C. 20001
Office +1.202.879.4271
mlim@jonesday.com

| | Invoice # | 110 |
| --- | --- | --- |
| | Invoice Date | 08/08/2017 |

| Description | Amount |
| --- | --- |
| Trial on 7/26/2017 (9:30 am - 5:30 pm - full day) and 7/27/2017 (9:00 am - 1:00 pm - half a day) | 715.00 |

| | Invoice Total | $715.00 |
| --- | --- | --- |

Terms & Conditions

7/26/2017 (8 hours total minus 1 hr lunch at $65/hr.)
7/27/2017 (4 hours total at $65/hr.)
Thank you for your business!

## Senay Language Solutions

~~325 S. Whiting St., #503~~
~~Alexandria, VA 22304~~

2830 Jameson N.
#27
LINCOLN, NE 68516

IEN#:81-1595895

| Bill To | Invoice # | 108 |
|---|---|---|

**Bill To**

Melissa Lim Patterson
Associate
JONES DAY® - One Firm Worldwide℠
51 Louisiana Ave., N.W.
Washington, D.C. 20001
Office +1.202.879.4271
mlim@jonesday.com

Invoice Date    07/24/2017

| Description | Amount |
|---|---|
| Attorney & Witness interview (6:30 pm - 9:00 pm) | 195.00 |

| **Invoice Total** | **$195.00** |
|---|---|

### Terms & Conditions

3 hours minimum at $65/hr.
Thank you for your business!